In the Matter of JOHN SAINT-MAUR, Respondent, against FANMAUR SHIPPING & TRADING CORPORATION et al., Appellants.— The question as to the status of the petitioner as a director, his good faith in seeking the examination, and also whether or not a sufficient oral demand was made on the corporation should be referred to an Official Referee to hear and report to Special Term. The written demand in this case was not proper. The application should be held in abeyance pending the coming in of the referee's report. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ.

■

CLARA SCHNEIDER, Appellant, v. MAXWELL SCHNEIDER, Respondent.— Order unanimously modified to the extent of granting plaintiff a counsel fee of $75 and, as so modified, affirmed. No opinion. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ.

■

ROY GOULD, Respondent, v. CHURCHILL L. KOHLMAN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ.

■

EDWARD W. POWERS, JR., Appellant, v. HARRY L. LAX et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ.

■

OTTO WINDS, Respondent, v. HYDROPRESS, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ.

■

NAYA G. TOLISCHUS, Respondent, v. OTTO D. TOLISCHUS, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ.